745 A.2d 1212

PATRICK JONES, PLAINTIFF–RESPONDENT, v.
SHARON JONES, DEFENDANT–MOVANT.

December 8, 1999.

Leave to appeal is granted, and the trial court's order entered November 15, 1999, which modified the parties' parenting plan, is summarily reversed.